IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEE VARGEM,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. C 15-02079 EJD (PR)<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

Petitioner has filed a <u>pro se</u> motion pursuant to 28 U.S.C. § 2555, (Docket No. 1), attacking the sentence imposed by this Court on May 19, 2014, in <u>USA v. Vargem</u>, Case No. 5:10-cr-00729-EJD-1.  This motion was incorrectly construed as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The Clerk of the Court is directed to administratively close this case, and is directed to file the pleadings in <u>USA v. Vargem</u>, Case No. 10-cr-00729-EJD-1.

IT IS SO ORDERED.

DATED: 5/12/2015

EDWARD J. DAVILA
United States District Judge

Order Administratively Closing Case
P:\PRO-SE\EJD\HC.15\02079Vargem_adm-close.wpd